United States Courts
Southern District of Texas
FILED
*October 20, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-26- |
| | § | **4:26-cr-679** |
| v. | § | |
| | § | |
| JONATHAN DEWAYNE BLACK, | § | |
| Defendant. | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### BANK ROBBERY

On or about July 13, 2026, in the Southern District of Texas and within the jurisdiction of the court,

**JONATHAN DEWAYNE BLACK**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of FIRST CONVENIENCE BANK located at 12403 Eastex Freeway, Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

### BANK ROBBERY

On or about July 13, 2026, in the Southern District of Texas and within the jurisdiction of the court,

**JONATHAN DEWAYNE BLACK**

defendant herein, did attempt to take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of CHASE BANK, located at 3636 Old Spanish Trail, Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

Original signature on file

FOREMAN OF THE GRAND JURY

AARON F. REITZ
United States Attorney

BY: Jill J. Stotts
JILL JENKINS STOTTS
Assistant United States Attorney